[Oral Argument Not Yet Scheduled]

_____

No. 25-5217

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

J.G.G., *et al.*,

*Plaintiffs–Appellees*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Defendants–Appellants*.

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
No. 1:25-cv-00766
Hon. James E. Boasberg

**MOTION TO SUPPLEMENT THE RECORD**

My Khanh Ngo
Evelyn Danforth-Scott
Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (415) 343-0770

Lee Gelernt
  *Counsel of Record*
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

Arthur B. Spitzer
Scott Michelman
Aditi Shah
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF THE
DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
Tel.: (202) 457-0800

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 546-6616

Tel.: (212) 549-2660
Fax: (332) 220-1702
lgelernt@aclu.org

Brian Netter
Bradley Girard
Christine L. Coogle
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090
Fax: (202) 796-4426

*Counsel for Plaintiffs–Appellees*

*Barred in Texas and Arizona only;
supervised by a member of the D.C. Bar*

Plaintiffs–Appellees ("Plaintiffs") respectfully move to supplement the record on appeal with the attached report from the United Nations Office of the High Commissioner for Human Rights, Working Group on Enforced or Involuntary Disappearances ("WGEID"): *Reports on Enforced or Involuntary Disappearances*. *See* Ex. 1. This report addresses the WGEID's investigations of the disappearances of four Venezuelan men, who were sent to El Salvador on March 15, 2025. Plaintiffs provide both the original Spanish-language version and an English-language translation. Defendants–Appellants ("Defendants") oppose Plaintiffs' motion.

For the reasons below, supplementation of the record here is in the interests of justice. *Colbert v. Potter*, 471 F.3d 158, 165–66 (D.C. Cir. 2006) (appeals court has discretion to supplement the record when "injustice might otherwise result" (internal quotation marks and citation omitted)).

In March and April 2025, four families of individuals removed from the United States to El Salvador on the March 15 flights sought assistance from the UN concerning the disappearance of their family members. The UN opened an inquiry, described in the attached report, and the Government of El Salvador responded to the UN's inquiry:

> The Salvadoran State emphatically states that its authorities have not arrested, detained, or transferred the persons referred to in the communications of the Working Group. The actions of the State of El

1

>Salvador have been limited to the implementation of a bilateral cooperation mechanism with another State, through which it has facilitated the use of the Salvadoran prison infrastructure for the custody of persons detained within the scope of the justice system and law enforcement of that other State. **In this context, the jurisdiction and legal responsibility for these persons lie exclusively with the competent foreign authorities, by virtue of international agreements signed and in accordance with the principles of sovereignty and international cooperation in criminal matters.** In this regard, the actions attributable to the Salvadoran State are limited to its sovereignty and territorial jurisdiction, and therefore it cannot be held responsible for the failure to observe the principle of non-refoulement with respect to the persons mentioned.

Ex. 1 at 6, 9 (emphasis added).[1]

This information came to Plaintiffs' attention within the last week, when counsel for Plaintiffs obtained the Spanish-language report from one of the families that sought the UN's assistance. Although the report was clearly responsive to Plaintiffs' requests for production in the proceedings below,[2] and although the United States was aware of the document (as evinced by the fact that

---

[1] The attached exhibit has redacted personally identifying information for the four men discussed in the WGEID report. Plaintiffs can file an unredacted version of the exhibit under seal at the Court's request, with an exception for one of the cases for particular privacy reasons related to that individual.

[2] *See J.G.G. v. Trump*, No. 25-cv-766, Plaintiffs' Requests for Production, Ex. 17 to Sarabia Roman Decl., ECF No. 145-1 (Plaintiffs' RFP No. 1, requesting "ALL DOCUMENTS memorializing, documenting, or describing the arrangements between the UNITED STATES and EL SALVADOR concerning the detention of alleged Tren de Aragua Members in El Salvador") (attached for the Court's convenience as Exhibit 2).

2

it was copied on the reports for all four cases), Defendants did not produce the document to Plaintiffs or to the district court.

As Plaintiffs have explained, Defendants' argument that the United States cannot be required to facilitate Plaintiffs' ability to seek habeas is foreclosed by the Supreme Court's decision in *Noem v. Abrego Garcia*, 145 S. Ct. 1017, 1018 (2025). *See* Stay Opp. 4, 13–18. There, the Court held that a district court may order the government to "facilitate" the return of a person removed to CECOT—despite the government's contentions that the plaintiff was under El Salvador's control, and that requesting release by El Salvador would violate the executive's foreign-affairs power. *Abrego Garcia*, 145 S. Ct. at 1018; Stay Opp. 14, 18.

*Abrego Garcia* aside, the newly discovered UN report is additional evidence that the U.S. government can "facilitate" Plaintiffs' ability to pursue habeas petitions. As the government of El Salvador represented to the UN, "legal responsibility" for the CECOT detainees lies exclusively with the United States. Ex. 1 at 6, 9.

For the foregoing reasons, the Court should grant the motion to supplement the record on appeal.

3

Dated: July 8, 2025

My Khanh Ngo
Evelyn Danforth-Scott
Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (415) 343-0770

Arthur B. Spitzer
Scott Michelman
Aditi Shah
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
Tel.: (202) 457-0800

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
Tel.: (202) 546-6616

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (332) 220-1702
lgelernt@aclu.org

Brian Netter
Bradley Girard
Christine L. Coogle
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090
Fax: (202) 796-4426

*Counsel for Plaintiffs–Appellees*

4

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Fed. R. App. 27(d)(2) because it contains 705 words.

2. This brief complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced and easy-to-read typeface using Microsoft Word in 14-point size font.

/s/ *Lee Gelernt*
Lee Gelernt
July 8, 2025
*Counsel for Plaintiffs–Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing Certificate with the Clerk for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Lee Gelernt*
Lee Gelernt
July 8, 2025
*Counsel for Plaintiffs–Appellees*