# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5217**                                           **September Term, 2024**

1:25-cv-00766-JEB

**Filed On:** July 11, 2025

J.G.G., et al.,

       Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

      **BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to supplement the record, it is

**ORDERED**, on the court's own motion, that appellants file a response to the motion by Friday, July 18, 2025. Any reply is due by Wednesday, July 23, 2025.

### Per Curiam

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

           BY:     /s/
                          Selena R. Gancasz
                          Deputy Clerk