**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5217

In the United States Court of Appeals
for the District of Columbia Circuit

**J.G.G.** et al.,

*Plaintiffs–Appellees,*

v.

**DONALD J. TRUMP**, in his official capacity
as President of the United States, et al.,

*Defendants–Appellants.*

On Appeal from Orders of the
United States District Court
for the District of Columbia

**DEFENDANTS–APPELLANTS'
UNOPPOSED MOTION
FOR EXTENSION OF TIME**

## MOTION FOR EXTENSION OF TIME

This Court ordered Defendants to file a response to Plaintiffs' Motion to Supplement the Record by July 18, 2025. The same day, El Salvador, in its own sovereign capacity, agreed to transfer the class members to Venezuela on Venezuelan planes. Ex. A.[1] This intervening event changes the import of Plaintiffs' Motion and has implications for the case as a whole. Accordingly, Defendants respectfully ask the Court for an extension until Wednesday, July 23, 2025, to respond to Plaintiffs' Motion, with Plaintiffs' reply due Monday, July 28. Defendants have consulted Plaintiffs, who are unopposed to this motion.

---

[1] *See also* X Post, @nayibbukele, July 18, 2025, https://x.com/nayibbukele?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor.

Respectfully submitted,

**Brett Shumate**
Assistant Attorney General
Civil Division

<u>s/Drew C. Ensign</u>
**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
drew.c.ensign@usdoj.gov

**August Flentje**
Special Counsel for Immigration

**Tiberius T. Davis**
Counsel to the Assistant Attorney General

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

**Ernesto Molina**
Deputy Director

Dated: July 18, 2025        *Counsel for Defendants–Appellants*

**Certificate of Compliance for Papers Submitted Under Fed. R. App. P. 27(d)(2)(A)**

1.  This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 110 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word for Microsoft 365 MSO (Version 2504 Build 16.0.18730.20226) 64-bit.

Dated: July 18, 2025            s/Drew C. Ensign
                                *Counsel for Defendants–Appellants*