# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5217**                    **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On:** July 24, 2025

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants


**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of Paul Dorsey's motion to intervene and unseal certain names, it is

**ORDERED**, on the court's own motion, that the parties file responses to the motion by August 22, 2025. Any reply is due by September 5, 2025.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

           BY:    /s/
                      Selena R. Gancasz
                      Deputy Clerk