# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5217**　　　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On: August 19, 2025** [2130918]

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

## M A N D A T E

In accordance with the order of August 8, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court. It is

**FURTHER ORDERED**, on the court's own motion, that the administrative stay entered on June 10, 2025, be dissolved.

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                  BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the order filed August 8, 2025