No. 25-5217

In the United States Court of Appeals
for the District of Columbia Circuit

**J.G.G.** et al.,

*Plaintiffs–Appellees,*

v.

**DONALD J. TRUMP**, in his official capacity
as President of the United States, et al.,

*Defendants–Appellants.*

On Appeal from Orders of the
United States District Court
for the District of Columbia

**DEFENDANTS–APPELLANTS' RESPONSE
TO MOTION TO INTERVENE AND UNSEAL**

The Court ordered "the parties file responses to the motion to intervene and to unseal certain names [2121644-2] by August 22, 2025." The Government reviewed the proposed intervenor's brief and generally agrees that there is "a presumption in favor of disclosure, which stems from the general public interest in the openness of governmental processes." *In re Sealed Case*, 931 F.3d 92, 96 (D.C. Cir. 2019) (cleaned up). That said, this case involves sensitive matters of national security and foreign affairs. Intervention to unseal information should not be granted lightly. And the Government has taken no position on the use of pseudonyms in this and related cases. So the Government takes no position on the proposed intervenor's motion here.

Respectfully submitted,

**Brett Shumate**
Assistant Attorney General
Civil Division

s/Drew C. Ensign
**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
drew.c.ensign@usdoj.gov

**August Flentje**
Special Counsel for Immigration

**Tiberius T. Davis**
Counsel to the Assistant Attorney General

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

**Ernesto Molina**
Deputy Director

Dated: August 22, 2025     *Counsel for Defendants–Appellants*

**Certificate of Compliance
for Papers Submitted Under Fed. R. App. P. 27(d)(2)(A)**

1.     This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 118 words.

2.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word for Microsoft 365 MSO (Version 2507 Build 16.0.19029.20136) 64-bit.

Dated: August 22, 2025          s/Drew C. Ensign
                                *Counsel for Defendants–Appellants*

## Certificate of Service

1.  Proposed intervenor Paul Dorsey consented in writing to service by email at p.dorsey@comcast.net. This document was served on him by email at that address.

2.  All other parties' counsel are participants in this Court's electronic-filing system. This document was served on them by email when it was filed with this Court's electronic-filing system.

Dated: August 22, 2025

s/Drew C. Ensign
*Counsel for Defendants–Appellants*