Oral Argument Not Yet Scheduled (*n.b.* - Case Closed August 8, 2025)

No. 25-5217

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

J.G.G., et al.,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
*Defendants-Appellants*.

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
No. 1:25-cv-00766
The Hon. James E. Boasberg

**PROPOSED INTERVENOR'S EMERGENCY MOTION
FOR LEAVE TO EXCEED LENGTH LIMIT FOR REPLY BRIEF**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG 2 6 2025

RECEIVED

PAUL M. DORSEY
*Pro-Se*
110 Westminster Drive
West Hartford, CT 06107
(860) 521-0081
*p.dorsey@comcast.net*

Pursuant to D.C. Circuit Rule 27(g) and Federal Rule of Appellate Procedure 27, Movant (Proposed Intervenor) Paul M. Dorsey ("Movant") respectfully moves to exceed the word limitation set by Federal Rule of Appellate Procedure 27(d)(2)(C) for his Reply Brief due September 5, 2025. Movant respectfully requests expedited consideration of this motion to avoid irreparable harm in view of the September 5, 2025 filing deadline for his reply brief. When consulted, Plaintiff-Appellees J.G.G. *et al* stated "[w]e take no position." When consulted, Defendant-Appellants President Trump, *et al* stated "[t]he government has no objection to your motion."

Good cause supports this motion, primarily due to the fact that this Movant's reply is really going to be a joint reply to <u>two</u> responses: the plaintiffs-appellees response and the defendents-appellants.

The later response, from the government indicated that " . . . this case involves sensitive matters of national security and foreign affairs." This pro-se movant will have to address those sensitive matters.

This Movant diligently attempted to respond within the word limit, but Movant respectfully submits that the existing word limit prejudices Movants' ability to adequately reply to the two response briefs. Movant should have a full and fair opportunity to brief these issues, especially in light of this Court's previously recognition of the fact that "[t]his case involves an extraordinary,

ongoing confrontation between the Executive and Judicial Branches." Movant does not believe that exceeding the word count will prejudice either party.

### REQUEST FOR EXPEDITED ACTION

Movant seeks the Court's expeditious consideration of this motion so that they have sufficient time to prepare his Reply brief ahead of the September 5, 2025 filing deadline and to avoid irreparable harm.

Movant requests a decision by Friday August 29, 2025, or as soon thereafter as possible. Plaintiffs worked expeditiously to prepare the instant motion after reviewing both the Plaintiffs-Appellees' response brief and the Defendents-Appellants' response brief, both of which were filed on Friday August 22, 2025.

### CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that leave be granted for Movant to file a Reply brief of no more than 5,200 words.

Dated: August 25, 2025

Respectfully submitted,

*Paul M Dorsey*
Paul M. Dorsey
110 Westminster Drive
West Hartford, CT  06107
(860) 521-0081
*p.dorsey@comcast.net*

3

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains 352 words as measured by the word-processing system used to prepare this brief, excluding exempted parts.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14 point font.

Dated: August 25, 2025

*/s/ Paul M. Dorsey*
Paul M. Dorsey

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I mailed via United States Postal Service Express Priority Mail, fully postage paid the foregoing motions and certificates to the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit. The Clerk will upload the motions and certificates in the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and they will receive this motion and certificates via the appellate CM/ECF system.

In addition, I mailed via electronic mail to the following participants and the listed addresses below:

## PLAINTIFFS-APPELLEES

| | |
|---|---|
| Lee Gelernt (D.D.C. Bar No. NY0408) | lgelernt@aclu.org |
| Daniel Galindo (D.D.C. Bar No. NY035) | dgalindo@aclu.org |
| Ashley Gorski | agorski@aclu.org |
| Patrick Toomey | ptoomey@aclu.org |
| Omar Jadwat | ojadwat@aclu.org |
| Hina Shamsi (D.D.C. Bar No. MI0071) | hshamsi@aclu.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400

Continued on Next page

CERTIFICATE OF SERVICE (Continued)

| | |
|---|---|
| Noelle Smith | nsmith@aclu.org |
| Oscar Sarabia Roman | osarabia@aclu.org |
| My Khanh Ngo | mngo@aclu.org |
| Cody Wofsy | cwofsy@aclu.org |
| Evelyn Danforth-Scott | edanforth-scott@aclu.org |
| Spencer Amdur | samdur@aclu.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104

---

Arthur B. Spitzer (D.C. Bar No. 235960)   aspitzer@acludc.org
Scott Michelman (D.C. Bar No. 1006945)   smichelman@acludc.org
Aditi Shah (D.C. Bar No. 90033136)   ashah@acludc.org
Kathryn Huddleston   khuddleston@aclu.org

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
915 15th Street, NW, 7th Floor
Washington, D.C. 20005

---

Bradley Girard (D.C. Bar No. 1033743)   bgirard@democracyforward.org
Christine L. Coogle (DC Bar No. 1738913)   ccoogle@democracyforward.org
Brian Netter (DC Bar No. 979362)   bnetter@democracyforward.org

c/o DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043

Continued on Next Page

## CERTIFICATE OF SERVICE (Continued)

### DEFENDANTS-APPELLANTS

| | |
|---|---|
| Drew C. Ensign<br>Anthony P. Nicastro<br>PO Box 878<br>Ben Franklin Station<br>Washington, DC 20044-0878 | drew.c.ensign@usdoj.gov<br>not available |
| Tiberius T. Davis<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | tiberius.davis@usdoj.gov |
| Brett Shumate<br>U.S. Department of Justice, Civil Division<br>51 Louisiana Avenue, NW<br>Washington, D.C. 20001 | brett.a.shumate@usdoj.gov |
| Ernesto H. Molina, Jr.<br>August E. Flentje<br>U.S. Department of Justice, Civil Division<br>PO Box 868<br>Ben Franklin Station<br>Washington, DC 20044 | ernesto.h.molina@usdoj.gov<br>august.flentje@usdoj.gov |

*[signature: Paul M Dorsey]*

Paul M. Dorsey
*Pro-se*

August 25, 2025