**No. 25-5217**                                    **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On:**  August 29, 2025

J.G.G., et al.,

      Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

**O R D E R**

Upon consideration of the motion to exceed the word limit for the reply in support of the motion to intervene and unseal names, it is

**ORDERED** that the motion be denied.

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk